UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **EDDIE GENE EVANS**<br>    LA. DOC #110861 | **CIVIL ACTION NO. 14-3285**<br>**SECTION P** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **WARDEN JERRY GOODWIN** | **MAG. JUDGE KAREN L. HAYES** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of *Habeas Corpus* be **DISMISSED WITHOUT PREJUDICE** for failing to properly exhaust available State court remedies.

MONROE, LOUISIANA, this 10th day of March, 2015.

*/s/ Robert G. James*
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE